# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Ronald Lustica
Case No:
Business Name: Ubex
For the Month & Year (1/05, etc.): 3/2018

## BUSINESS INCOME:
(1) Actual Income from Sales & Service $ 457.47
(2) Other (Specify) $
(3) Other (Specify) $
(4) Total Actual Income (1+2+3) $

## ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease $
(6) Utilities (Electricity, Gas, Water&Sewer) $
(7) Telephone $
(8) Insurance $
(9) Wages for Employees $
(10) Wages for Self/Owner(s) $
(11) Taxes $
(12) Gas and Fuel for Business Vehicles $ 30.00
(13) Other (Specify) $
(14) Other (Specify) $
(15) Other (Specify) $
(16) Total Actual Business Expenses Paid Or $ 30.00
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ 427.47
(18) Net Wages From Regular Employment-Deb $
(19) Net Wages From Regular Employment-Spc $
(20) Amount Carried Over From Last Month $
(21) Total Net Monthly Income (sum of 17 thr $

## PERSONAL
(22) Rent/Mortgage $
(23) Utilities (gas, electric, water, sewer, fuel) $
(24) Telephone $
(25) Food $
(26) Transportation (fuel, tolls, parking) $
(27) Other (specify) $
(28) Other (specify) $
(29) Other (specify) $
(30) Other (specify) $
(31) Other (specify) $
(32) Total Actual Personal Expenses Paid (22 $

## NET INCOME (LOSS)
(33) Gross Excess Income (line 21 - line 32) $
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $
(35) Net Excess Income (line 33 - line 34) $
carry amount on line 35 to next month line 20

*EXHIBIT D*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Ronald Custica
Case No: 
Business Name: Ubon
For the Month & Year (1/05, etc.): 2/2018

### BUSINESS INCOME:
(1) Actual Income from Sales & Service $ 1536.78
(2) Other (Specify) $
(3) Other (Specify) $
(4) Total Actual Income (1+2+3) $ 1536.78

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease $
(6) Utilities (Electricity, Gas, Water&Sewer) $
(7) Telephone $
(8) Insurance $
(9) Wages for Employees $
(10) Wages for Self/Owner(s) $
(11) Taxes $
(12) Gas and Fuel for Business Vehicles $ 90.00
(13) Other (Specify) $
(14) Other (Specify) $
(15) Other (Specify) $
(16) Total Actual Business Expenses Paid Or $
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ 1446.78
(18) Net Wages From Regular Employment-Deb $
(19) Net Wages From Regular Employment-Spo $
(20) Amount Carried Over From Last Month $
(21) Total Net Monthly Income (sum of 17 thr $

### PERSONAL
(22) Rent/Mortgage $
(23) Utilities (gas, electric, water, sewer, fuel) $
(24) Telephone $
(25) Food $
(26) Transportation (fuel, tolls, parking) $
(27) Other (specify) $
(28) Other (specify) $
(29) Other (specify) $
(30) Other (specify) $
(31) Other (specify) $
(32) Total Actual Personal Expenses Paid (2 $

### NET INCOME (LOSS)
(33) Gross Excess Income (line 21 - line 32) $
(34) MONTHLY CHAPTER 13 PLAN PAYMENTS
(35) Net Excess Income (line 33 - line 34) $
carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Ronald Lustica
Case No:
Business Name: Ronald Lustica - Uber
For the Month & Year (1/05, etc.): 1/2018

## BUSINESS INCOME:
- (1) Actual Income from Sales & Service    $ 187.04
- (2) Other (Specify)    $
- (3) Other (Specify)    $
- (4) Total Actual Income (1+2+3)    $ 187.04

## ACTUAL BUSINESS EXPENSE PAID
- (5) Rent/Lease    $
- (6) Utilities (Electricity, Gas, Water&Sewer)    $
- (7) Telephone    $
- (8) Insurance    $
- (9) Wages for Employees    $
- (10) Wages for Self/Owner(s)    $
- (11) Taxes    $
- (12) Gas and Fuel for Business Vehicles    $ 30.00
- (13) Other (Specify)    $
- (14) Other (Specify)    $
- (15) Other (Specify)    $
- (16) Total Actual Business Expenses Paid Or $ 30.00
  (sum of 5 through 16)

- (17) Net Business Income/Loss (line 4-Line 16) $ 157.04
- (18) Net Wages From Regular Employment-Deb $
- (19) Net Wages From Regular Employment-Spc $
- (20) Amount Carried Over From Last Month    $
- (21) Total Net Monthly Income (sum of 17 thr $

## PERSONAL
- (22) Rent/Mortgage    $
- (23) Utilities (gas, electric, water, sewer, fuel)    $
- (24) Telephone    $
- (25) Food    $
- (26) Transportation (fuel, tolls, parking)    $
- (27) Other (specify)    $
- (28) Other (specify)    $
- (29) Other (specify)    $
- (30) Other (specify)    $
- (31) Other (specify)    $
- (32) Total Actual Personal Expenses Paid (22 $

## NET INCOME (LOSS)
- (33) Gross Excess Income (line 21 - line 32)    $
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT $
- (35) Net Excess Income (line 33 - line 34)    $
  carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Ronald Custica
Case No: _____
Business Name: Ronald Custica Labor
For the Month & Year (1/05, etc.): 12/2017

## BUSINESS INCOME:
(1) Actual Income from Sales & Service $ 1294.60
(2) Other (Specify) $
(3) Other (Specify) $
(4) Total Actual Income (1+2+3) $ 1294.60

## ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease $
(6) Utilities (Electricity, Gas, Water&Sewer) $
(7) Telephone $
(8) Insurance $
(9) Wages for Employees $
(10) Wages for Self/Owner(s) $
(11) Taxes $
(12) Gas and Fuel for Business Vehicles $ 140.00
(13) Other (Specify) $
(14) Other (Specify) $
(15) Other (Specify) $
(16) Total Actual Business Expenses Paid O $ 140.00
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ 1154.60
(18) Net Wages From Regular Employment-Del $
(19) Net Wages From Regular Employment-Spc $
(20) Amount Carried Over From Last Month $
(21) Total Net Monthly Income (sum of 17 thr $ 0

## PERSONAL
(22) Rent/Mortgage $
(23) Utilities (gas, electric, water, sewer, fuel) $
(24) Telephone $
(25) Food $
(26) Transportation (fuel, tolls, parking) $
(27) Other (specify) $
(28) Other (specify) $
(29) Other (specify) $
(30) Other (specify) $
(31) Other (specify) $
(32) Total Actual Personal Expenses Paid (2 $

## NET INCOME (LOSS)
(33) Gross Excess Income (line 21 - line 32) $
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $
(35) Net Excess Income (line 33 - line 34) $
carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Ronald Lustica
Case No:
Business Name: Ronald Lustica-Lust
For the Month & Year (1/05, etc.): 3/2018

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service   $387.41
(2) Other (Specify)   $
(3) Other (Specify)   $
(4) Total Actual Income (1+2+3)   $387.41

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease   $
(6) Utilities (Electricity, Gas, Water&Sewer)   $
(7) Telephone   $
(8) Insurance   $
(9) Wages for Employees   $
(10) Wages for Self/Owner(s)   $
(11) Taxes   $
(12) Gas and Fuel for Business Vehicles   $30.00
(13) Other (Specify)   $
(14) Other (Specify)   $
(15) Other (Specify)   $
(16) Total Actual Business Expenses Paid (sum of 5 through 16)   $30.00

(17) Net Business Income/Loss (line 4-Line 16)   $357.41
(18) Net Wages From Regular Employment-Deb   $
(19) Net Wages From Regular Employment-Spo   $
(20) Amount Carried Over From Last Month   $
(21) Total Net Monthly Income (sum of 17 thr   $

**PERSONAL**
(22) Rent/Mortgage   $
(23) Utilities (gas, electric, water, sewer, fuel)   $
(24) Telephone   $
(25) Food   $
(26) Transportation (fuel, tolls, parking)   $
(27) Other (specify)   $
(28) Other (specify)   $
(29) Other (specify)   $
(30) Other (specify)   $
(31) Other (specify)   $
(32) Total Actual Personal Expenses Paid (22   $

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32)   $
(34) MONTHLY CHAPTER 13 PLAN PAYMENT   $
(35) Net Excess Income (line 33 - line 34)   $
carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Ronald Lustica
Case No:
Business Name: Lyft
For the Month & Year (1/05, etc.): 2/2018

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service — $469.00
- (2) Other (Specify) — $
- (3) Other (Specify) — $
- (4) Total Actual Income (1+2+3) — $469.00

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease — $
- (6) Utilities (Electricity, Gas, Water&Sewer) — $
- (7) Telephone — $
- (8) Insurance — $
- (9) Wages for Employees — $
- (10) Wages for Self/Owner(s) — $
- (11) Taxes — $
- (12) Gas and Fuel for Business Vehicles — $30.00
- (13) Other (Specify) — $
- (14) Other (Specify) — $
- (15) Other (Specify) — $
- (16) Total Actual Business Expenses Paid — $30.00 (sum of 5 through 16)

- (17) Net Business Income/Loss (line 4-Line 16) — $379.00
- (18) Net Wages From Regular Employment-Debtor — $
- (19) Net Wages From Regular Employment-Spouse — $
- (20) Amount Carried Over From Last Month — $
- (21) Total Net Monthly Income (sum of 17 thru) — $

**PERSONAL**
- (22) Rent/Mortgage — $
- (23) Utilities (gas, electric, water, sewer, fuel) — $
- (24) Telephone — $
- (25) Food — $
- (26) Transportation (fuel, tolls, parking) — $
- (27) Other (specify) — $
- (28) Other (specify) — $
- (29) Other (specify) — $
- (30) Other (specify) — $
- (31) Other (specify) — $
- (32) Total Actual Personal Expenses Paid (2) — $

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32) — $
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT — $
- (35) Net Excess Income (line 33 - line 34) — $
  carry amount on line 35 to next month line 20

**EXHIBIT D**