# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                   Chapter 13

                                   Bankruptcy No. 18-11578-AMC

NICOLE D. LUSTICA
RONALD K LUSTICA
31 MORNING GLORY LANE

LEVITTOWN, PA 19054

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    NICOLE D. LUSTICA
    RONALD K LUSTICA
    31 MORNING GLORY LANE

    LEVITTOWN, PA 19054

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                            /s/ William C. Miller

Date: 5/31/2018

                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee