IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Ronald and Nicole Lustica | : | |
| | : | |
| | : | Case No.: 18-11578AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the three Motion to Determine Value of Property filed at Docket Number 44.

Dated: December 10, 2018        /s/ Brad J. Sadek, Esquire
                                Brad J. Sadek, Esquire
                                Sadek and Cooper
                                "The Philadelphia Building"
                                1315 Walnut Street, #502
                                Philadelphia, PA 19107
                                215-545-0008