UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Ronald & Nicole Lustica | : | Chapter 13 |
| | : | |
| | : | |
|     Debtor | : | Case No.: 18-11578AMC |

### ORDER GRANTING DEBTOR'S MOTION TO DETERMINE VALUE

    AND NOW, this 12th day of December, 2018 upon consideration of the Motion of Ronald & Nicole Lustica to Determine Value of Vehicle, it is hereby:

    ORDERED and DECREED that the Order is granted and that the Debtors' 2015 CHEVROLET EQUINOX VIN: 2GNFLGEK0F6296620 has a value of :
**$14,742.00 (including all interest)**

    FURTHER ORDERED:

_____
Hon. Ashely M. Chan