United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11578-amc
Nicole D. Lustica                                                       Chapter 13
Ronald K. Lustica
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Dec 12, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
db/jdb         +Nicole D. Lustica,    Ronald K. Lustica,    31 Morning Glory Lane,    Levittown, PA 19054-2023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Joint Debtor Ronald K. Lustica brad@sadeklaw.com,
               bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Nicole D. Lustica brad@sadeklaw.com,    bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Ronald & Nicole Lustica | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Case No.: 18-11578AMC |

### ORDER GRANTING DEBTOR'S MOTION TO DETERMINE VALUE

AND NOW, this 12th day of December, 2018 upon consideration of the Motion of Ronald & Nicole Lustica to Determine Value of Vehicle, it is hereby:

ORDERED and DECREED that the Order is granted and that the Debtors' 2015 CHEVROLET EQUINOX VIN: 2GNFLGEK0F6296620 has a value of :
**$14,742.00 (including all interest)**

FURTHER ORDERED:

_____
Hon. Ashely M. Chan