# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11578-AMC

NICOLE D. LUSTICA
RONALD K LUSTICA
31 MORNING GLORY LANE

LEVITTOWN, PA 19054

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    NICOLE D. LUSTICA
    RONALD K LUSTICA
    31 MORNING GLORY LANE

    LEVITTOWN, PA 19054

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                                /S/ William C. Miller

Date: 3/25/2019                                            _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee