```
                           United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 18-11578-amc
Nicole D. Lustica                                                   Chapter 13
Ronald K. Lustica
        Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2         Date Rcvd: Sep 03, 2019
                              Form ID: pdf900             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db/jdb         +Nicole D. Lustica,    Ronald K. Lustica,    31 Morning Glory Lane,    Levittown, PA 19054-2023
14070042       +Bucks Co Drs,    30 E Court St,    Doylestown, PA 18901-4319
14070046       +KML Law Group P.C.,    Suite 5000- BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14166154       +Laridian Consulting, Inc.,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
14070048       +MRS BPO,   1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14184273        US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
14070050       +WFFNB/Bobs Discount Furniture,    Po Box 10438,    Des Moines, IA 50306-0438
14070049       +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
14093048        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,   IA    50306-0438
14100078        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 04 2019 03:24:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 04 2019 03:24:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 04 2019 03:24:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14080542        E-mail/Text: ally@ebn.phinsolutions.com Sep 04 2019 03:23:19     Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
14070041       +E-mail/Text: ally@ebn.phinsolutions.com Sep 04 2019 03:23:19     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14070043       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2019 03:26:48     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14102267        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2019 03:25:11
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14075486        E-mail/Text: mrdiscen@discover.com Sep 04 2019 03:23:50     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14070044       +E-mail/Text: mrdiscen@discover.com Sep 04 2019 03:23:50     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14070045       +E-mail/Text: bankruptcynotices@dcicollect.com Sep 04 2019 03:24:32
                 Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                 Jacksonville, FL 32255-1268
14070047        E-mail/Text: camanagement@mtb.com Sep 04 2019 03:23:54     M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
14105033        E-mail/Text: camanagement@mtb.com Sep 04 2019 03:23:54     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
14094635       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2019 03:24:12     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                    Date Rcvd: Sep 03, 2019
                              Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Joint Debtor Ronald K. Lustica brad@sadeklaw.com,
               bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Nicole D. Lustica brad@sadeklaw.com,   bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE D. LUSTICA                    Chapter 13
RONALD K LUSTICA

                Debtor               Bankruptcy No. 18-11578-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __3rd__ day of __September__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
NICOLE D. LUSTICA
RONALD K LUSTICA
31 MORNING GLORY LANE

LEVITTOWN, PA 19054